1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3
   Annie Aboulian (SBN 280693)
4  annie@donigerlawfirm.com
   DONIGER / BURROUGHS APC
5  300 Corporate Pointe, Suite 355
6  Culver City, California 90230
   Telephone: (310) 590-1820
7  Facsimile:  (310) 417-3538
8
9  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE, LLC, dba RUNWAY TEXTILE, a California Limited Liability Company,<br><br>Plaintiff-CounterDefendant,<br><br>v.<br><br>THARANCO GROUP COMPANY, a New Jersey Corporation; THE RESOURCE CLUB, LTD., d/b/a RXB, a  New Jersey Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendant-CounterClaimant. | Case No.:  CV12-10356 PA (SSx)<br>*Hon. Percy Anderson Presiding*<br><br>**STIPULATION TO DISMISS ACTION**<br><br>*[[Proposed] Order Filed Concurrently Herewith]* |

    WHEREAS, all the parties to this action have fully resolved all disputes at issue in this case,

1
**STIPULATION TO DISMISS ACTION**

IT IS HEREBY STIPULATED that this action be dismissed with prejudice, with each party to bear its own costs and fees incurred.

Dated: September 18, 2013          By:     /s/ Stephen M. Doniger
                                           Stephen M. Doniger, Esq.
                                           DONIGER / BURROUGHS
                                           Attorneys for Plaintiff
                                           Desire LLC

Dated: September 18, 2013          By:     /s/ Todd M. Lander
                                           Todd M. Lander, Esq.
                                           FREEMAN, FREEMAN &
                                           SMILEY, LLP
                                           Attorneys for Defendants